

RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 3/22/11

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **DERRICK S. JONES** | * | CIVIL ACTION NO. 10-0012 |
| **VERSUS** | * | JUDGE ROBERT G. JAMES |
| **OUACHITA PARISH 4TH JUDICIAL DISTRICT, ET AL.** | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254 (doc. # 2) is hereby **DENIED and DISMISSED with prejudice**.

THUS DONE AND SIGNED this 22 day of March, 2011, in Monroe, Louisiana.

ROBERT G. JAMES
CHIEF UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION