RECEIVED
IN MONROE, LA.
APR 2 5 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DERRICK S. JONES** | **CIVIL ACTION NO. 3:10-cv-0012** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **OUACHITA PARISH 4TH JUDICIAL DISTRICT, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned *habeas* case, the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

The certificate of appealability is DENIED because the applicant has failed to make a substantial showing of the denial of a constitutional right.

MONROE, LOUISIANA, this 25th day of April, 2011.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE